UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ARIEL AYANNA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-12155-NMG |
| | ) | |
| DECHERT LLP | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff Ariel Ayanna and Defendant Dechert LLP, being all parties who have appeared in this action, hereby stipulate that this action and all claims and counterclaims which were or could have been asserted in this action be and hereby are dismissed with prejudice, without right of appeal, and with each party bearing its own costs and attorneys fees.

Respectfully submitted,

For the Defendant,
DECHERT LLP
By its attorneys,

/s/ Daniel J. Cloherty
Daniel J. Cloherty, BBO # 565772
Serina Q. Barkley, BBO# 660657
Victoria Steinberg, BBO# 666482
COLLORA LLP
100 High Street, Floor 20
Boston, MA 02110
(617) 371-1000

For the Plaintiff,
ARIEL AYANNA
By his attorneys,

/s/ Rebecca G. Pontikes
Rebecca G. Pontikes, BBO # 637157
PONTIKES LAW, LLC
77 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 357-1888

/s/ Lori A. Jodoin
Lori A. Jodoin, BBO # 655840
RODGERS, POWERS & SCHWARTZ, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

February 11, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, this document filed through the CM-ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that to the extent necessary paper copies will be sent to those indicated as non-registered participants on February 11, 2013.

/s/ Rebecca G. Pontikes
Rebecca G. Pontikes