UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 10-12155-NMG

Ariel Ayann

v.

Dechert LLP

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Stipulation of Dismissal filed by the parties on February 11, 2013 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

February 12, 2013

To: All Counsel